IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG,<br><br>        Plaintiff,<br><br>  v.<br><br>REGIS CORPORATION,<br><br>        Defendant.<br>                                          / | No. C 10-02634 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 11, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 8/26/11.

DESIGNATION OF EXPERTS: 6/10/11; REBUTTAL: 6/30/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 26, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by September 9, 2011;

    Opp. Due September 23, 2011; Reply Due September 30, 2011;

    and set for hearing no later than October 14, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 22, 2011 at 3:30 PM.

JURY TRIAL DATE: December 5, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be     days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by the end of February 2011. By October 29, 2010, counsel shall inform the Court of the mediator selected and the date set.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                              
                                                                        SUSAN ILLSTON
                                                                        United States District Judge