DAVID L. EDWARDS (State Bar No. 105638)
ATTORNEY AT LAW
2040 Shasta Street, Suite D
Redding, California 96001
Telephone: (530) 221-0694
Facsimile: (530) 221-8744
Email: dedwardsatty@aol.com

Attorney for Plaintiff

RECEIVED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYNN YOUNG, a minor, by and through her Guardian ad Litem, JULIE MORSS,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION,<br><br>Defendant. | CASE NO: C 10-02634SI<br><br>[~~PROPOS~~ED] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT |

The Court has reviewed the petition of Julie Morss, as Guardian ad Litem of Kaitlynn Young, a minor, to deposit funds in a blocked account.

THE COURT ORDERS:

1. Money that belongs to Kaitlynn Young shall be deposited into an interest-bearing, federally insured blocked account at the U.S. Bank, Fortuna Branch, located at 1101 L Street, Fortuna, California 95540.

2. The account shall indicate the name of the minor who owns the account.

[Proposed] Order to Deposit Money into Blocked Account        -1-

3. The total amount authorized for deposit, including any accrued interest, is $214,563.97.

4. The blocked account belongs to a minor. The minor was born on February 7, 1994. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

5. The petitioner and the petitioner's attorney shall deliver a copy of this order to the U.S. Bank, Fortuna Branch, located at 1101 L Street, Fortuna, California 95540, in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

**IT IS SO ORDERED**

Dated: 8/19/11

_____
Judge of the United States
District Court